IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          No. CV 08-0322 RB/ACT
                                               CR 04-2114 RB

LEONARDO CASTANEDA,

    Defendant.

ORDER

       This matter is before the Court on Defendant's motion for sentence adjustment (CV Doc. 1; CR Doc. 76) filed March 24, 2008.  Defendant argues that the failure to reduce his sentence based on his deportability resulted in a longer sentence than would have been imposed on a United States citizen.  As the Court of Appeals for the Tenth Circuit has stated, "[Defendant's] request for a downward departure based on the 'collateral consequences' of his status as a deportable alien has been foreclosed. . . ."  *United States v. Tamayo*, 162 F. App'x 813, 815 (10th Cir. 2006) (citing *United States v. Mendoza-Lopez*, 7 F.3d 1483, 1487 (10th Cir. 1993)).  The Tenth Circuit also has construed allegations similar to Defendant's as possibly stating an equal protection claim for habeas corpus relief.  *See Tamayo*, 162 F. App'x at 815.  This claim must be brought in an application for writ of habeas corpus under 28 U.S.C. § 2241 in the district where Defendant is confined.  *See id.*  The Court will deny Defendant's motion.

       IT IS THEREFORE ORDERED that Defendant's motion for sentence adjustment (CV Doc. 1; CR Doc. 76) filed March 24, 2008, is DENIED; and this civil proceeding is DISMISSED.

 

_____
UNITED STATES DISTRICT JUDGE